SM

23-cv-4396
Judge Wood
Magistrate Judge Finnegan

Kenyuata A Hester )
    Plaintiff )
     )
    v. )
     )
     )
    Defendant )

BCH 1702 LLC

**United States District Court**
**Northern District of Illinois**

**RECEIVED**

JUL 07 2023 JC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

BCH 1702 LLC knowingly & willingly engaged in continuous discrimination, harassment, targeted hate crime, and defamation of Kenyuata Hester. BCH failed to provide equal protection under the law and instead choose to disseminate in writing. Threats and unproven accusations on more than 4 occasions to include a. Calling Mr Hester a drug dealer b. Accusing Mr Hester of being a pimp c. Calling Mr. Hester stupid d. Questionsing Mr. As to why he had male company knowing he was a single gay male e. Sending cease and desist letters when Mr. Hester complained about harassment from other residents of the property BCH owed and Mr. Hester resides. f. Admitted to residents harassing Mr. Hester yet did nothing to stop it. g. Sending a 10 day notice simply because Mr. Hester allowed the children of his recently deceased neice to stay for one month during the summer of 2022. h. Continuously accused Mr. Hester of having Chicago Police dispatched to his apartment daily when City of Chicago records clearly proved that was false. i. Continuous eviction proceedings in violation of guidelines BCH agreed to setforth by rental assistance. Ingnored video evidence of harassment by residents all based on Mr. Hester's sexual orientation. Failed to act when residents targeted, harassed, followed, violated Mr. Hester's privacy. Spread defamatory lies. Called him fags, bitches, faggots and other derogatory name.

# Addendum

1. Section 804B of Title VIII of the Civil rights act of 1968 as amended by the Fair Housing Act of 1988 and Section3-102 of The Illinois Human Rights Act. 720 ILCS 5/12-7.1 Code of 2012, Privacy act of 1974 Discrimination based on sexual orientation, harassment, intrusion, false light disclosure my method of misinformation by way of ease dropping a illegal surveillance with the intent to defame, ongoing harassment, disseminating defamatory and racially charged statements in writing, email harassment, verbal assault, illegal eviction attempts, denial of the quiet enjoyment of living space as dictated under Illinois Law , denial of equal protection under the law as required by the US Constitution